CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
August 27, 2026
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

Frank D., )
)
Plaintiff, )
)
v. ) Civil Action No. 5:25-cv-00033
)
Commissioner of Social Security )
)
Defendant. )

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the court on Plaintiff Frank D.'s complaint seeking judicial review of the Commissioner of Social Security's final decision denying his claims for disability insurance benefits. (Dkt. 1.) Pursuant to Standing Order 2025-02 and 28 U.S.C. § 636(b)(1)(B), this matter was referred to the Honorable Joel C. Hoppe, United States Magistrate Judge, for a recommended disposition. Judge Hoppe entered a Report and Recommendation ("R&R"), (Dkt. 23), recommending that the court reverse the Commissioner's final decision and remand the matter under the fourth sentence of 42 U.S.C. § 405(g). Neither party filed an objection to the R&R within the operative fourteen-day deadline.

If there are no objections to the magistrate judge's report, a court "need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Accident Ins.*

*Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (cleaned up). The court has reviewed the pleadings, motion, briefs, and Judge Hoppe's R&R and found no clear error.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation, (Dkt. 23), is **ADOPTED in its entirety**;
2. The Commissioner's final decision is **REVERSED**;
3. This matter is **REMANDED** under the fourth sentence of 42 U.S.C. § 405(g) for further consideration consistent with the R&R; and
4. This case is **DISMISSED** and **STRICKEN** from the Court's active docket.

The Clerk is directed to forward copies of this Order to Frank D. and all counsel of record.

**ENTERED** this 27th day of August, 2026.

HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE